## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

    v.                            **Crim. No. 7:18-CR-28-1H**

**LINDOYLE BRYANT**

On February 19, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                I declare under penalty of perjury that the foregoing is true and correct.

                /s/ Eddie J. Smith  
                Eddie J. Smith  
                Supervising U.S. Probation Officer  
                150 Rowan Street Suite 110  
                Fayetteville, NC 28301  
                Phone: 910-354-2537  
                Executed On: May 18, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _24th_ day of May 2018.

                Malcolm J. Howard  
                Senior U.S. District Judge